IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERN WALDEN,<br><br>    Plaintiff,<br><br> v.<br><br>AURORA HEALTH CARE, INC.,<br><br>    Defendant. | Civil Action No. 1:22-cv-03857 |

## STIPULATION FOR DISMISSAL

Plaintiff, KERN WALDEN, and Defendant, AURORA HEALTH CARE, INC., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 27, 2023

| | |
|---|---|
| NYE STIRLING, HALE,<br>MILLER, AND SWEET, LLP | QUARLES & BRADY, LLP |
| By: */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, Pennsylvania 15243<br>Telephone: (412) 857-5350 | By: */s/ Brian A. Hartstein*<br>Brian A. Hartstein, Esq.<br>300 N. LaSalle Street, Suite 4000<br>Chicago, Illinois 60654<br>Telephone: (312) 715-5211 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

-2-

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 27th day of April, 2023.

                                                                         */s/ Benjamin J. Sweet*
                                                                               Benjamin J. Sweet